# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | U.S. District Court, S.D. Ohio | 10/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge full time recalled | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Room 501
200 West Second Street
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Trustee, president | East End Community Services Corporation |
| 3. | Trustee, president | Dayton Metro Library Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 4/30/2015 | University of Dayton School of Law - salary | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | U.S. Conference of Catholic Bishops | 6/15/2015-11/15/2015 | New Orleans, La., and Baltimore Md. | Meetings about shild sexual abuse by clerics | Air fare, lodging, and meals - some paid to me, balance to vendors. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank | A | Interest | K | T | | | | | |
| 2. John Hancock Life insurance cash value policy | A | Int./Div. | J | U | | | | | |
| 3. MetLife insurance cash value policy | A | Int./Div. | K | U | | | | | |
| 4. IRA # 1 (Stifel, Nicolaus, then transferred to LPL Financial | | | | | | | | | |
| 5. - AT&T Common sahres | B | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 6. -Alcoa, Inc. | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 7. -Amgen common | A | Dividend | K | T | | | | | |
| 8. -Apple common | A | Dividend | K | T | Sold (part) | 02/17/15 | J | C | |
| 9. -Avery Denuison | A | Dividend | | | Sold (part) | 02/17/15 | J | A | |
| 10. | | | | | Sold | 08/24/15 | K | C | |
| 11. -Biogen, Inc. | A | Dividend | J | T | Buy | 10/15/15 | J | | |
| 12. -Carriage Services, Inc. | A | Dividend | J | T | Buy (add'l) | 08/20/15 | J | | |
| 13. -Diamond Offshiore Drilling Inc. | A | Dividend | | | Sold (part) | 02/17/15 | K | | |
| 14. | | | | | Sold | 06/06/15 | J | | |
| 15. -Donnelly RR & Sons common | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 16. -Expeditors Intl Wash Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 17. - Express Scripts Holding | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobile common | B | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 19. -Fastenal Co. | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 20. -Goodyear Tire & Rubber common | A | Dividend | | | Sold | 08/21/15 | K | D | |
| 21. - Hancock Holding Co. | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 22. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 23. -Harley Davidson, Inc. | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 24. -Health Care REIT Inc. common | A | Dividend | J | T | Sold (part) | 02/17/15 | J | B | |
| 25. -IBM Corp. | B | Dividend | K | T | Sold (part) | 02/17/15 | J | | |
| 26. -Kellogg Co. | A | Dividend | | | Sold (part) | 02/17/15 | J | B | |
| 27. | | | | | Sold | 12/17/15 | J | C | |
| 28. -Microsoft Corp. | | | | | Sold | 05/12/15 | K | D | |
| 29. -Monsanto Co. | A | Dividend | J | T | Buy | 06/15/15 | J | | |
| 30. -PPL Corp. common | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 31. -Peoples United Financial | B | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 32. -Pfizer, Inc. | A | Dividend | | | Sold (part) | 02/17/15 | J | A | |
| 33. | | | | | Sold | 08/21/15 | K | C | |
| 34. - Quialcomm, Inc | A | Dividend | K | T | Buy | 12/11/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Rowan Companies PLC | A | Dividend | | | Sold | 08/05/15 | J | | |
| 36. -Royal Dutch Shell PLC sponsored ADR Repstgn A common | B | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 37. | | | | | Sold (part) | 02/17/15 | J | | |
| 38. -Schlumberger LTD | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 39. -Southwest Airlines | A | Dividend | J | T | Buy | 06/15/15 | J | | |
| 40. -Talen Energy Corp.(X) | A | Dividend | J | T | Sold (part) | 06/03/15 | J | A | |
| 41. -Verizon Communications | A | Dividend | J | T | Buy | 05/12/15 | J | | |
| 42. -Washington REIT SB1 | A | Dividend | K | T | Buy (add'l) | 09/01/15 | K | | |
| 43. | | | | | Sold (part) | 02/17/15 | J | A | |
| 44. -Welltower Inc. (X) | B | Dividend | K | T | | | | | |
| 45. -Ishares Trust S&P US PFD Stock Index Fund | B | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 46. - Nuveen Credit Strategies Income Fund | B | Dividend | K | T | Sold (part) | 02/17/15 | J | | |
| 47. | | | | | Sold (part) | 05/12/15 | K | | |
| 48. Alcoa Inc | A | Dividend | J | T | Buy | 08/15/15 | J | | |
| 49. AT&T Inc. common | A | Dividend | K | T | | | | | |
| 50. Amgen Inc.common | A | Dividend | K | T | | | | | |
| 51. Apple Inc,. common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Avery Dennuison Corp. | | None | | | Sold | 08/24/15 | J | C | |
| 53. Biogen, Inc. | A | Dividend | J | T | Buy | 10/15/15 | J | | |
| 54. Carriage Service,s Inc. | A | Dividend | J | T | Buy (add'l) | 08/20/15 | J | | |
| 55. Diamond Offshore Drilling | | None | | | Sold | 08/06/15 | J | | |
| 56. Donnelly RR & Sons | A | Dividend | J | T | | | | | |
| 57. Expeditors Intl Wash Inc | A | Dividend | J | T | | | | | |
| 58. Express Scripts Holding Co. common | A | Dividend | J | T | | | | | |
| 59. Exxon Mobile Corp. common | A | Dividend | K | T | Buy (add'l) | 08/07/15 | J | | |
| 60. Fastenal Co. | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 61. Goodyear Tire & Rubber Co. common | | None | | | Sold | 08/21/15 | K | D | |
| 62. Hancock Holding Company | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 63. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 64. Harley Davidson Inc | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 65. International Business Machones Corp. | A | Dividend | J | T | | | | | |
| 66. Kellogg Company common | | None | | | Sold | 12/17/15 | J | C | |
| 67. Monsanto Co. | A | Dividend | J | T | Buy | 06/15/15 | J | | |
| 68. Microsoft Corp. common | | None | | | Sold | 05/12/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PPL Corp. common | A | Dividend | J | T | | | | | |
| 70. People United Financial Inc. common | B | Dividend | K | T | | | | | |
| 71. Pfizer, Inc. | | None | | | Sold | 08/21/15 | J | B | |
| 72. Qualcomm Inc. | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 73. Rowan Companies PLC | | None | | | Sold | 08/05/15 | J | | |
| 74. Royal Dutch Shell PLC Sponsored ADR Repstg A shares | A | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 75. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 76. Southwest Airlines | A | Dividend | J | T | | | | | |
| 77. Talen Energy Corp.(X) | A | Dividend | J | T | Sold (part) | 06/03/15 | J | | |
| 78. Verizon Communications | A | Dividend | J | T | Buy | 05/12/15 | J | | |
| 79. Washington Real Estate Investment Trust | B | Dividend | K | T | Buy (add'l) | 09/01/15 | J | | |
| 80. Welltower, Inc.(X) | B | Dividend | K | T | | | | | |
| 81. Ishares S&P U.S. Preferred Stock Index ETF | B | Dividend | K | T | | | | | |
| 82. Nuveen Municipal Value Fund | B | Dividend | K | T | | | | | |
| 83. Nuveen Credit Strategioes income Fund | | None | | | Sold | 05/12/15 | K | | |
| 84. - Healthcare REIT, Inc. | A | Dividend | | | Sold | 02/17/15 | J | B | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Merz, Michael R. | 10/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 10/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Virtually all of my reportable assets and those of my [        ] have been in brokerage accounts manged by the same investment firm; all information included in the report for this and prior years is taken from statements from that firm. The same broker has managed the accounts, formerly with Sitfel Nicolaus and now with LPL Financial. The Committee's letter of inquiry of October 12, 2016, lists the followig assets as appearing on the 2014 report but missing from the original 2015 report:

Abbott Laboratories (line 8), Stewat Enterorises (lines 47 and 100), Watson Pharmaceuticals (line 49), Wellpoint, Inc,. (line 50), Invesco Sr. Income Trust (line 55), PVR Partners (line 59), Raytheon (line 60), Healthcare REIT (line 77). Each of thoese is listed soley as an asset of my IRA (except for Stewart Enterprises which is also listed as a [        ] asset). For each of those listings on the 2014 report, no income, year-end value, or transactions is shown (except for (1) dividneds less than $1,000 for Invesco Sr. Income Trust; (2) dividends of $1,000-$2,500 and a year-end value for Healthcare REIT as a spousal asset, and (3) dividends of less than $1000 and a year-end value of less than $15,000 as a [        ] asset for Stewart Enterprises.) Exanmining the year-end brokerage statement for 2014, I find only the Healthcare REIT listed. This leads me to concluded all the other assets about which you inquired were sold in a prior year an the names of the assets were carried over by the software and not edited out by me, even though they show no income or transactions.

Healthcare REIT was owned as of December 31, 2014, and swhould have been listed on my original 2015 report. It was old in February 2015. Accordingly it has been entered in Part VII at line 84 (shown as -Healthcare REIT to show it is an asset of the IRA.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544